UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IRWIN J. BARKAN and
D&D BARKAN LLC

      v.                        CA No. 05-050L

DUNKIN DONUTS, INC. and
BASKIN-ROBBINS USA, CO.

### ORDER DENYING APPEAL FROM MAGISTRATE JUDGE'S ORDER

The plaintiffs' appeal from the order of Magistrate Judge Almond dated July 8, 2008 is hereby denied for reasons set forth in that order.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: Dec. 1, 2008